# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS ARMANDO DIAZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>ABE CORPORATION, et al.<br><br>    Defendants. | Case No. 1:16-cv-01479-RCL |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby dismiss this action *against all Defendants with prejudice*, Plaintiffs to bear their own costs and attorney's fees.

Date: August 11, 2016

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*